UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROBERT B. KUGLER**<br>**UNITED STATES DISTRICT JUDGE** | **MITCHELL H. COHEN U.S. COURTHOUSE**<br>1 John F. Gerry Plaza - Room 6040<br>CAMDEN, NJ  08101<br>856-757-5019 |

September 9, 2014

Ashok Shah
9854 84th Street N
Largo, FL 33777

Re : Shah v. Shah
     Civil No. 12-4648(RBK-KMW)

Dear Mr. Shah:

I have your letter of September 5, 2014, requesting that you "appear" at trial December 8, 2014, "by telephone or skype."  Initially I note you are still represented by counsel and thus should not directly communicate with the court.

In any event, your request is DENIED.  You are a defendant in this matter.  Your attorney seeks to be relieved as counsel.  You have demanded a jury trial.

Federal Rule of Civil Procedure 43(a), which permits testimony in open court upon good cause shown by contemporaneous transmission from a different location applies only to witnesses, not parties.

As the plaintiff is representing herself, there are already great concerns about management of this trial.  Accordingly, I expect you to appear in the courtroom for trial.

Very truly yours,

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Court

RBK:mg
cc: Judge Williams
    Mark W. Ford, Esq.
    Olga Shah, pro se