RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAR 26 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Olga Shah

        Plaintiff,                    Civil Action No. 1:12-cv-04648-RBK-KMW

-vs. -                                    **Plaintiff's Motion for new Trial due Trial Irregularity/Mistrial:**

Ashok Shah

        Defendant.                    **Oral Argument requested**

# INTRODUCTION

Plaintiff, Olga Shah hereby moving with her Motion for New Trial, due the Trial irregularities/Mistrial and intend to prove with clear and strong evidence that next took place at the Trial:

<u>Trial irregularities:</u>

- errors of law which affected the outcome of the case by benefiting Defendant for support he owe to Plaintiff for period December 13,2013-till now (march 2015)

- as result error in instructing the jury

<u>Judicial Misconduct:</u>

- court omission/negligent/ignorance of Plaintiff's claim that benefited Defendant for 1,226$ monthly in support he has to pay her in accordance with contract form I-864 (as there is no one word in judgment concern Defendant's future performance of obligations under this contract, and this action basically freed him from enforceable legal binding contract)

# Table of contents

Law and legal basis………………………………………………………………………I
Trial Irregularities………………………………………………………………………...II
Judicial Misconduct……………………………………………………………………...III
Argument………………………………………………………………………………...IV

## I. LAW AND LEGAL BASIS

<u>Federal Rules of Civil Procedure</u>:

Rule 59 – as a ground for Motion itself

Rule 46 - Objecting to a Ruling or Order

<u>28 USC (United States Code)</u>:

28 USC 753(f) – for forma pauperis trial transcripts request

<u>USCIS determinations, regulations in connection with status, documental proof:</u>

- Conditional Permanent Residence explanation – **key element** for this motion, for proving trial irregularities that took place i.e. law errors due wrong understanding and interpretation of immigration terms and provisions (see as well UCIS site  http://www.uscis.gov/green-card/after-green-card-granted/conditional-permanent-residence) and exhibit I1

- Two Plaintiff's Green Cards that clear show that she been Permanent resident in US since 05.25.2011 and remain for now- **key element** for this motion, for proving law/immigration law terms mispresentations and errors see exhibits I2 and I3

- Form I-797,Notice of Action (I-751 RECEIPT NOTICE),   Form I-797,Notice of Action (NOTICE OF REMOVALOF CONDITIONAL BASIS OF LAWFULPERMANENT RESIDENCE) see exhibits I4 and I5

- Form I-864,Affidavit of Support contract see exhibit I6

## II. TRIAL IRREGULARITIES

Due the wrong interpretation what immigration laws and determinations are, court benefited Defendant in support he owe to Plaintiff  for period December 13,2013-till now (march 2015), here details where Plaintiff pointing errors with documental proof step by step:

**step one** - Document 105 Filed 03/16/2015 accepted as an exhibit by the judge at trial time, exhibit I5

**step two** - in accordance with Document 104 Filed 03/16/2015, after exhibit I5 was accepted by the judge, at 3:30 PM jury returned to Courtroom for further instructions and judge instructed  jurors to count support amount only till 12/13/2013 i.e. till date when decision to remove conditions from Plaintiff's residence were made.

**step three** - the jury returned verdict in accordance with erroneous judge's instructions.

**step four** - after Plaintiff asked judge what reason of such not fair decision, he answered that exactly on this date her immigration status has changed, so what why.

ERROROUS INTERPRETATION OF IMMIGRATION DETERMINATIONS/LAWS:

It's simply enough to take a look for exhibit I1- first two paragraphs, exhibits I2, I3 –green cards **resident since** and **card expires** dates, exhibit I4 – that is I-751 receipt notice, exhibit I5 – first paragraph, to establish that Plaintiff's immigration status did not change but remain the same as she took steps to keep her US Permanent Resident status, please refer to exhibit I1 and exhibit I5 again.

## III.   JUDICIAL MISCONDUCT

Due the error highlighted in part II. of this motion, or any other, either negligence, Defendant been benefited by the court for 1,226$ monthly in support payments under the contract form I-864, Affidavit of Support, he has to provide to Plaintiff, as judgment completely omitted Plaintiff's demand to enforce support contract, that fully enforceable and binding for Defendant see next parts of exhibit I6 (form I-864, Affidavit of Support contract):

- *Page 6 part*   **What is the Legal Effect of My Signing a Form I-864?**, second paragraph,

    quotation:

    "Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as an alien likely to become a public charge, the U.S. Government can consider your income and assets to be available for the support of the intending immigrant."

- *Page 6 part*   **What Does Signing the Form I-864 Require Me to do?**, first and second paragraphs,

    quotation:

    "If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed,than,until your obligations under the form I-864 terminate, you must: "

    "Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size…"

- *Page 6 part*   **What Other Consequences Are There?**, first paragraph,

    quotation:

    "If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed, then until your obligations under the Form I-864 terminate, your income and assets may be considered ("deemed") to be available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for State or local means-tested public benefits, if the State or local government's rules provide for consideration ("deeming") of your income and assets as available to the person"

- *Page 7 part* **What If I Do Not Fulfill My Obligations?**, first paragraph,

  quotation:

  "If you do not provide sufficient support to the person who becomes a permanent resident based on the Form I-864 that you signed, that person may sue you for this support."

- *Page 7 part* **When Will There Obligations End?**, whole paragraph,

  quotation:

"Your obligations under a Form I-864 will end if the person who becomes a permanent resident based on a Form I-864 that you signed:

- Becomes a U.S.Citizen;
- Has worked, or can be credited with,40 quarters of coverage under the Social Security Act;
- No longer has lawful permanent resident status, and has departed the United States;
- Becomes subject to removal, but applies for and obtains in removal proceedings a new grant of adjustment of status, based on a new affidavit of support, if one is required; or
- Dies.

Note that divorce does not terminate your obligations under this Form I-864."

- *Page 7 part* numbered 30,

    quotation:

"I, _____ (here name who signing contract)
Certify under penalty of perjury under the laws of the United States that:

a. I know the contents of this affidavit of support that I signed"


## IV.     ARGUMENT

Plaintiff respectfully asking court for new trial under rule 59 (Federal Rules of Civil Procedure) as next trial irregularities that took place:

- errors in interpretation of immigration laws and terms that effected whole case outcome

- as result erroneous jury instructing that effected fair verdict

- judicial misconduct – total ignorance of Plaintiff's demand for enforcement of legal enforceable and binding contract to Defendant that benefited and freed him from obligations to support Plaintiff for 125% from federal Poverty Guidelines i.e. 1,226$ monthly.

Therefore, under 28 USC 753(f), Plaintiff asking court for forma pauperis (free of charge) 03/16/2015 trial transcripts.

Plaintiff as well arguing around court's decision to apply duty of damages mitigation towards to her as:

- plaintiff is extremely low income individual and just do not have money for transportation (bus) and cell phone, she doesn't have neither car nor driver license as well.

- plaintiff doesn't have permanent and reliable access to internet

- plaintiff had hip surgery in past that causing her pains and ability to walk far

- plaintiff still having language difficulties as English not her native language and she has to use different kinds of translating software on her laptop or windows mobile cell phone.

- plaintiff over 5 years out from labor market and lost her professional skills partially due long non practice.

- plaintiff suffering from depression and anxiety due according her consideration marriage fraud from her Indian ex-husband side that tried to enforce her Indian caste system life style just like in India and make from her Indian woman.

Dated: _03.26.2015_                                                Signed: _Olga Shah_

                                                                                       (Plaintiff Pro-se, Olga Shah)

Exhibit I 1

Conditional Permanent Re... ×

www.uscis.gov/green-card/after-green-card-granted/conditional-permanent-residence

Search

Green Card

- Green Card Through Family
- Green Card Through a Job
- Green Card Through Refugee or Asylee Status
- Other Ways to Get a Green Card
- After a Green Card is Granted
  - Conditional Permanent Residence
  - International Travel as a Permanent Resident
  - Maintaining Permanent Residence
  - Renew a Green Card
  - Replace a Green Card
  - Rights and Responsibilities of a Permanent Resident

# Conditional Permanent Residence

A conditional permanent resident receives a green card valid for 2 years. In order to remain a permanent resident, a conditional permanent resident must file a petition to remove the condition during the 90 days before the card expires. The conditional card cannot be renewed. The conditions must be removed or you will lose your permanent resident status.

**Removing Conditions**

- To remove the conditions on a green card based on marriage, you must file Form I-751,Petition to Remove the Conditions of Residence.
- To remove conditions on a green card for entrepreneurs, you must file Form I-829,Petition by Entrepreneur to Remove Conditions.

For more information, see:

- Remove Conditions on Permanent Residence Based on Marriage, or
- Remove Conditions on Permanent Residence for Entrepreneurs

Last Reviewed/Updated: 01/14/2011

## More Information

- **Remove Conditions on Permanent Residence Based on Marriage**
- **Remove Conditions on Permanent Residence for Entrepreneurs (Investors)**

Forms

- **I-131,Application for Travel Document**
- **Green Card Based Forms**
- **I-751,Petition to Remove the Conditions of Residence**
- **I-829,Petition by Entrepreneur to Remove Conditions**

Other USCIS Links

- **Green Card Resources**
- **How Do I Help My Relative Become a Lawful Permanent Resident?** (577 KB PDF)
- **"How Do I" Guides for Permanent Residents**

EN 12:10 PM 3/18/2015



Exhibit I2





12 - 4648

Proof of legal status

Exhibit I 3

RECEIVED
JAN 21 2014
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK



Second green card obtaind boised on affidavit of support I-864, after first expired on 05.25.11.

I-751 RECEIPT NOTICE

Receipt Number : EAC-13-158-00003
Reference Number: A093344454
Petitioner: SHAH                    OLGA           V.

Receipt Date: 03/04/2013
Receipt Time: 07:22

O. SHAH
PO BOX 1421
BLOICKWOOD           , NJ  08012

Exhibit I4

**** THE ABOVE RECEIPT NUMBER MUST ACCOMPANY ALL INQUIRIES ****

Amount Received: ** FEE WAIVED***

Your conditional resident status is extended for a period of one year. During the one-year extension you are authorized employment and travel.  (This extension and authorization for employment and travel does not apply to you if your conditional resident status has been terminated.)

In order to further process your petition, you will be receiving an Application Support Center(ASC) appointment notice with a specific time, date, and location to capture your fingerprints, photo, and signature. You MUST wait for your appointment notice before going to the ASC for biometric processing.

NOTE: Conditional resident applicants, including conditional resident dependents residing overseas pursuant to military or government orders WILL NOT RECEIVE an ASC appointment notice. To complete biometric processing, these applicants must submit the required items listed on the I-751 form instructions.

If you have not already done so, provide supporting documents to assist USCIS in processing your petition and to establish eligibility to remove the conditional basis of your permanent residence. PLEASE INCLUDE A COPY OF THIS RECEIPT NOTICE WITH ANY SUPPORTING DOCUMENTS YOU SUBMIT.

Upon receipt of your ASC appointment notice, you can find the status of your case on-line at www.uscis.gov. To view the status of your case, enter the application number found at the top of the ASC appointment notice. NOTE: The I-751 form type will be listed as "CRI89" under the application type in our case status on-line tool.

NOTE: If you checked box "E" or "F" under Part 2 - Basis for Petition, you may NOT file a change of address request through the USCIS web site or by calling the National Customer Service Center. If you or your parent were subjected to battery or extreme cruelty, contact the appropriate USCIS Service Center where you originally filed your Form I-751 for specific address change instructions.

VERMONT SERV CENTER

75 LOWER WELDEN ST
ST ALBANS          , VT  05479-0001
(800) 375-5283

PAGE 1 OF 1

Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, **Notice of Action**

---

# THE UNITED STATES OF AMERICA

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

NOTICE OF REMOVAL OF CONDITIONAL BASIS
OF LAWFUL PERMANENT RESIDENCE

Exhibit E5

File Number: 093-344-454

O SHAH
PO BOX 1421
BLOICKWOOD          NJ   08012

Date of Decision: 12/13/2013

New Classification
Symbol: IF1

Admission Date: 05/25/2011

Congratulations! Your request for the removal of the conditional basis of your permanent resident status has been approved. You are deemed to be a Lawful Permanent Resident of the United States as of the date of your original admission or adjustment of status.

You should receive a new Permanent Resident Card, Form I-551 (green card), within 60 days. Your card will include a mailer, Form I-797D, with important information about your status, responsibilities, and permanent resident services available to you.

Please call customer service at 1-800-375-5283 (TDD 1-800-767-1833) if you experience the following issue/s: (Have your Alien number shown above available)

*   If any of the information shown above about you is incorrect
*   If you move before receiving your card
*   If you do not receive your card within the next 60 days
*   If you have questions regarding permanent resident services available to you

USCIS OFFICE:

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

530 FELLOWSHIP ROAD

MOUNT LAUREL     NJ 08054

Sincerely,

Thomas M. Cioppa

THOMAS M CIOPPA
ACTING CENTER DIRECT

Form I-797 (Rev. 01/31/05) N

Exhibit 16

OMB No. 1615-0075; Expires 10/31/10

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-864, Affidavit of Support Under Section 213A of the Act**

### Part 1. Basis for filing Affidavit of Support.

1. I, Ashok Shah ,
am the sponsor submitting this affidavit of support because (Check only one box):

a. [X] I am the petitioner. I filed or am filing for the immigration of my relative.

b. [ ] I filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____

c. [ ] I have an ownership interest of at least 5 percent in _____, which filed an alien worker petition on behalf of the intending immigrant, who is related to me as my _____

d. [ ] I am the only joint sponsor.

e. [ ] I am the [ ] first [ ] second of two joint sponsors. (Check appropriate box.)

f. [ ] The original petitioner is deceased. I am the substitute sponsor. I am the intending immigrant's _____ .

**For Government Use Only**

This I-864 is from:
[ ] the Petitioner
[ ] a Joint Sponsor #
[ ] the Substitute Sponsor
[ ] 5% Owner

This I-864:
[ ] does not meet the requirements of section 213A.
[ ] meets the requirements of section 213A.

Reviewer

Location

Date (mm/dd/yyyy)

Number of Affidavits of Support in file:
[ ]1  [ ]2

### Part 2. Information on the principal immigrant.

2. Last Name: Shah
   First Name: Olga
   Middle Name: Valentinovna

3. Mailing Address Street Number and Name (Include Apartment Number)
   914 Highland Blvd.
   City: Gloucester City | State/Province: NJ | Zip/Postal Code: 08030 | Country: USA

4. Country of Citizenship: Russia
5. Date of Birth (mm/dd/yyyy): 07/12/1982

6. Alien Registration Number (if any): A- 093-344-454
7. U.S. Social Security Number (if any): 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

### Part 3. Information on the immigrant(s) you are sponsoring. LA0406  10/20/2010  Reviewed/Qualified By NBC

8. [X] I am sponsoring the principal immigrant named in Part 2 above.
   [ ] Yes   [ ] No (Applicable only in cases with two joint sponsors)

9. [ ] I am sponsoring the following family members immigrating at the same time or within six months of the principal immigrant named in **Part 2** above. Do not include any relative listed on a separate visa petition.

| Name | Relationship to Sponsored Immigrant | Date of Birth (mm/dd/yyyy) | A-Number (if any) | U.S. Social Security Number (if any) |
|---|---|---|---|---|
| a. None | | | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |

10. Enter the total number of immigrants you are sponsoring on this form from **Part 3**, Items **8** and **9**.   [ 1 ]

Form I-864 (Rev. 10/18/07)Y

71

**Part 4. Information on the Sponsor.**

| 11. Name | Last Name | | For Government Use Only |
|---|---|---|---|
| | Shah | | |
| | First Name | Middle Name | |
| | Ashok | Bhimji | |

| 12. Mailing Address | Street Number and Name *(Include Apartment Number)* | |
|---|---|---|
| | 914 Highland Blvd | |
| | City | State or Province |
| | Gloucester City | NJ |
| | Country | Zip/Postal Code |
| | USA | 08030 |

| 13. Place of Residence *(if different from mailing address)* | Street Number and Name *(Include Apartment Number)* | |
|---|---|---|
| | same as mailing address | |
| | City | State or Province |
| | | |
| | Country | Zip/Postal Code |
| | | |

**14. Telephone Number** *(Include Area Code or Country and City Codes)*

856 559 6159

**15. Country of Domicile**

USA

**16. Date of Birth** *(mm/dd/yyyy)*

01/17/1954

| 17. Place of Birth *(City)* | State or Province | Country |
|---|---|---|
| Nairobi | | Kenya |

**18. U.S. Social Security Number** *(Required)*

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

**19. Citizenship/Residency**

- [X] I am a U.S. citizen.
- [ ] I am a U.S. national (for joint sponsors only).
- [ ] I am a lawful permanent resident. My alien registration number is A-_____

If you checked box (b), (c), (d), (e) or (f) in line 1 on Page 1, you must include proof of your citizen, national, or permanent resident status.

**20. Military Service** (To be completed by petitioner sponsors only.)

I am currently on active duty in the U.S. armed services.  [ ] Yes  [X] No

Form I-864 (Rev. 10/18/07)Y Page 2

72

**Part 5. Sponsor's household size.**

21. Your Household Size - DO NOT COUNT ANYONE TWICE

    *Persons you are sponsoring in this affidavit:*

    a. Enter the number you entered on line 10.  [1]

    *Persons NOT sponsored in this affidavit:*

    b. Yourself.  [1]

    c. If you are currently married, enter "1" for your spouse.

    d. If you have dependent children, enter the number here.

    e. If you have any other dependents, enter the number here.

    f. If you have sponsored any other persons on an I-864 or I-864 EZ who are now lawful permanent residents, enter the number here.

    g. OPTIONAL: If you have siblings, parents, or adult children with the same principal residence who are combining their income with yours by submitting Form I-864A, enter the number here.

    h. Add together lines and enter the number here. **Household Size:**  [2]

For Government Use Only

**Part 6. Sponsor's income and employment.**

22. I am currently:

    a. [X] Employed as a/an   Engineer
       Name of Employer #1 *(if applicable)*   STG Technologies Inc.
       Name of Employer #2 *(if applicable)*

    b. [ ] Self-employed as a/an

    c. [ ] Retired from _____ since _____
              *(Company Name)*              *(Date)*

    d. [ ] Unemployed since _____
                            *(Date)*

23. My current individual annual income is:   $ 105,000.00
                                               *(See Step-by-Step Instructions)*

**24. My current annual household income:**

a. List your income from line 23 of this form.   $ 105,000.00

b. Income you are using from any other person who was counted in your household size, including, in certain conditions, the intending immigrant. (See step-by-step instructions.) Please indicate name, relationship and income.

| Name | Relationship | Current Income |
|------|--------------|----------------|
|      |              | $              |
|      |              | $              |
|      |              | $              |
|      |              | $              |

c. **Total Household Income:**   $ 105,000.00

(Total all lines from 24a and 24b. Will be Compared to Poverty Guidelines -- See Form I-864P.)

d. ☐ The persons listed above have completed Form I-864A. I am filing along with this form all necessary Forms I-864A completed by these persons.

e. ☐ The person listed above, _____ does not need to
                                      (Name)
complete Form I-864A because he/she is the intending immigrant and has no accompanying dependents.

**25. Federal income tax return information.**

☐ I have filed a Federal tax return for each of the three most recent tax years. I have attached the required photocopy or transcript of my Federal tax return for only the most recent tax year.

My total income (adjusted gross income on IRS Form 1040EZ) as reported on my Federal tax returns for the most recent three years was:

| | Tax Year | | Total Income | |
|---|---|---|---|---|
| approx | ~90,000 2009 (most recent) | ~$ | 90,000.00 | } approx |
| approx | 2008 (2nd most recent) | $ | 71,000.00 | |
| | (3rd most recent) | $ | | |

☐ (Optional) I have attached photocopies or transcripts of my Federal tax returns for my second and third most recent tax years.

**For Government Use Only**

Household Size = 2

Poverty line for year 2010 is:

$ 18,212

$65,459 (2009 tax return and W-2 both in CFE)

Qualifies

Form I-864 (Rev. 10/18/07)Y Page 4

| Part 7. Use of assets to supplement income. *(Optional)* | | For Government Use Only |
|---|---|---|
| *If your income, or the total income for you and your household, from line 24c exceeds the Federal Poverty Guidelines for your household size, YOU ARE NOT REQUIRED to complete this Part. Skip to Part 8.* | | Household Size = |

**26. Your assets** *(Optional)*

a. Enter the balance of all savings and checking accounts.  $ 95,336.00

b. Enter the net cash value of real-estate holdings. (Net means current assessed value minus mortgage debt.)  $ 850,000.00

c. Enter the net cash value of all stocks, bonds, certificates of deposit, and any other assets not already included in lines 26 (a) or (b).  $ 455,000.00

d. Add together lines 26 a, b and c and enter the number here.  **TOTAL:** $ 1,400,336.00

Poverty line for year _____ is:

$ _____

**27. Your household member's assets from Form I-864A.** *(Optional)*

Assets from Form I-864A, line 12d for

$ _____

*(Name of Relative)*

**28. Assets of the principal sponsored immigrant.** *(Optional)*

The principal sponsored immigrant is the person listed in line 2.

a. Enter the balance of the sponsored immigrant's savings and checking accounts.  $ _____

b. Enter the net cash value of all the sponsored immigrant's real estate holdings. (Net means investment value minus mortgage debt.)  $ _____

c. Enter the current cash value of the sponsored immigrant's stocks, bonds, certificates of deposit, and other assets not included on line a or b.  $ _____

d. Add together lines 28a, b, and c, and enter the number here.  $ _____

**29. Total value of assets.**

Add together lines 26d, 27 and 28d and enter the number here.  **TOTAL:** $ 1,400,336.00

The total value of all assests, line 29, must equal 5 times (3 times for spouses and children of USCs, or 1 time for orphans to be formally adopted in the U.S.) the difference between the poverty guidelines and the sponsor's household income, line 24c.

Form I-864 (Rev. 10/18/07)Y Page 5

### Part 8. Sponsor's Contract.

*Please note that, by signing this Form I-864, you agree to assume certain specific obligations under the Immigration and Nationality Act and other Federal laws. The following paragraphs describe those obligations. Please read the following information carefully before you sign the Form I-864. If you do not understand the obligations, you may wish to consult an attorney or accredited representative.*

**What is the Legal Effect of My Signing a Form I-864?**

If you sign a Form I-864 on behalf of any person (called the "intending immigrant") who is applying for an immigrant visa or for adjustment of status to a permanent resident, and that intending immigrant submits the Form I-864 to the U.S. Government with his or her application for an immigrant visa or adjustment of status, under section 213A of the Immigration and Nationality Act these actions create a contract between you and the U. S. Government. The intending immigrant's becoming a permanent resident is the "consideration" for the contract.

Under this contract, you agree that, in deciding whether the intending immigrant can establish that he or she is not inadmissible to the United States as an alien likely to become a public charge, the U.S. Government can consider your income and assets to be available for the support of the intending immigrant.

**What If I choose Not to Sign a Form I-864?**

You cannot be made to sign a Form 1-864 if you do not want to do so. But if you do not sign the Form I-864, the intending immigrant may not be able to become a permanent resident in the United States.

**What Does Signing the Form I-864 Require Me to do?**

If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed, then, until your obligations under the Form I-864 terminate, you must:

-- Provide the intending immigrant any support necessary to maintain him or her at an income that is at least 125 percent of the Federal Poverty Guidelines for his or her household size (100 percent if you are the petitioning sponsor and are on active duty in the U.S. Armed Forces and the person is your husband, wife, unmarried child under 21 years old.)

-- Notify USCIS of any change in your address, within 30 days of the change, by filing Form I-865.

**What Other Consequences Are There?**

If an intending immigrant becomes a permanent resident in the United States based on a Form I-864 that you have signed, then until your obligations under the Form I-864 terminate, your income and assets may be considered ("deemed") to be available to that person, in determining whether he or she is eligible for certain Federal means-tested public benefits and also for State or local means-tested public benefits, if the State or local government's rules provide for consideration ("deeming") of your income and assets as available to the person.

This provision does **not** apply to public benefits specified in section 403(c) of the Welfare Reform Act such as, but not limited to, emergency Medicaid, short-term, non-cash emergency relief; services provided under the National School Lunch and Child Nutrition Acts; immunizations and testing and treatment for communicable diseases; and means-tested programs under the Elementary and Secondary Education Act.

*Contract continued on following page.*

**What If I Do Not Fulfill My Obligations?**

If you do not provide sufficient support to the person who becomes a permanent resident based on the Form I-864 that you signed, that person may sue you for this support.

If a Federal, State or local agency, or a private agency provides any covered means-tested public benefit to the person who becomes a permanent resident based on the Form I-864 that you signed, the agency may ask you to reimburse them for the amount of the benefits they provided. If you do not make the reimbursement, the agency may sue you for the amount that the agency believes you owe.

If you are sued, and the court enters a judgment against you, the person or agency that sued you may use any legally permitted procedures for enforcing or collecting the judgment. You may also be required to pay the costs of collection, including attorney fees.

If you do not file a properly completed Form I-865 within 30 days of any change of address, USCIS may impose a civil fine for your failing to do so.

**When Will These Obligations End?**

Your obligations under a Form I-864 will end if the person who becomes a permanent resident based on a Form I-864 that you signed:

- Becomes a U.S. citizen;
- Has worked, or can be credited with, 40 quarters of coverage under the Social Security Act;
- No longer has lawful permanent resident status, and has departed the United States;
- Becomes subject to removal, but applies for and obtains in removal proceedings a new grant of adjustment of status, based on a new affidavit of support, if one is required; or
- Dies.

Note that divorce **does not** terminate your obligations under this Form I-864.

Your obligations under a Form I-864 also end if you die. Therefore, if you die, your Estate will not be required to take responsibility for the person's support after your death. Your Estate may, however, be responsible for any support that you owed before you died.

30. I, _____Ashok Shah_____,
  *(Print Sponsor's Name)*

  certify under penalty of perjury under the laws of the United States that:

  a. I know the contents of this affidavit of support that I signed.

  b. All the factual statements in this affidavit of support are true and correct.

  c. I have read and I understand each of the obligations described in Part 8, and I agree, freely and without any mental reservation or purpose of evasion, to accept each of those obligations in order to make it possible for the immigrants indicated in Part 3 to become permanent residents of the United States;

  d. I agree to submit to the personal jurisdiction of any Federal or State court that has subject matter jurisdiction of a lawsuit against me to enforce my obligations under this Form I-864;

  e. Each of the Federal income tax returns submitted in support of this affidavit are true copies, or are unaltered tax transcripts, of the tax returns I filed with the U.S. Internal Revenue Service; and

*Sign on following page.*

Form I-864 (Rev. 10/18/07)Y Page 7

f. I authorize the Social Security Administration to release information about me in its records to the Department of State and U.S. Citizenship and Immigration Services.

g. Any and all other evidence submitted is true and correct.

31. _____    08/13/2010
   *(Sponsor's Signature)*             *(Date-- mm/dd/yyyy)*

### Part 9. Information on Preparer, if prepared by someone other than the sponsor.

I certify under penalty of perjury under the laws of the United States that I prepared this affidavit of support at the sponsor's request and that this affidavit of support is based on all information of which I have knowledge.

**Signature:** _____    **Date:** _____
                                                *(mm/dd/yyyy)*

**Printed Name:** _____

**Firm Name:** _____

**Address:** _____

**Telephone Number:** _____

**E-Mail Address :** _____

**Business State ID # *(if any)*** _____

Form I-864 (Rev. 10/18/07)Y Page 8

78

Exhibit I7

U.S. Department of Homeland Security
530 Fellowship Road
Mount Laurel, NJ 08054

---

Name: OLGA SHAH

Date: **MAY 25 2011**

A-File #: 93344454

Pursuant to section 216 of the Immigration and Nationality Act, you have been granted conditional permanent residence in the United States as of the date you were admitted or adjusted to such status by an officer of the USCIS. **You and your spouse must file a joint petition (I-751) to have the conditional basis of your status removed. The petition must be filed within the 90-day period immediately preceding the second anniversary of the date you were granted permanent resident status.** If a petition to remove the conditional basis of your status is not filed within the period, your conditional permanent resident status will be terminated automatically and you will be subject to deportation.

Según sección 216 del Acto del Inmigración y el Nacionalidad, usted ha sido otorgado residencia permanente condicional en los estados unidos al la fecha usted fue admitido o fue ajustado a tal posición por un oficial de la USCIS. **Usted y su esposo deben archivar una petición (I-751 conjunta) tener la base condicional de su posición quitada. La petición se debe archivar dentro del período de 90 días inmediatamente anterior el segundo aniversario de la fecha usted fue otorgado la permanente la posición residente.** Si una petición para quitar la base condicional de su posición no se archiva dentro del período, su posición residente, permanente y condicional se terminará automáticamente y usted será la deportación con sujeción a.

APPLICANT ADVISED OF THE PROVISIONS OF SECTION 216 AND OF THE PROCEDURES FOR HAVING THE CONDITIONAL BASIS OF THEIR STATUS REMOVED. THIS FORM WAS HANDED TO THE APPLICANT AND THEIR ATTORNEY OR REPRESENTATIVE (IF APPLICABLE), AT THE CONCLUSION OF THE INTERVIEW. ____

Exhibit 18

CCBSS-31
(Rev.1/07)

## CAMDEN COUNTY BOARD OF SOCIAL SERVICES

ALETHA R. WRIGHT ADMINISTRATION BUILDING
600 MARKET STREET
CAMDEN, NEW JERSEY 08102-1255
TEL. 856-225-8800
FAX 856-225-7797

SHAWN B. SHEEKEY
Director

OLGA SHAH
PO BOX 1421

BLACKWOOD, NJ 08012

Date: March 26, 2015

Re: GRANT LETTER
Case #: C263940

Dear Sir:

This is to inform you that the above named client receives monthly assistance from this agency.

He/she will continue to do so as long as the eligibility requirements are met and there are no other changes in circumstances that might affect the monthly assistance payment.

**Monthly Assistance Received:**
**WFNJ Grant -**           $140
**Food Stamps -**          $194

If you have any other questions, feel free to contact me at (856)-225-8800.

Very truly yours,
CAMDEN COUNTY BOARD OF
SOCIAL SERVICES

CUST SERV DESK
Human Services Specialist

The Camden County Board of Social Services has my permission to release the above information.

_Olga Shah_                                03.26.2015
Client's Signature                         Date